**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MARILYNN F. MCGLASHAN, a single person,<br><br>   Plaintiff,<br><br>  vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation authorized to engage in business in Washington,<br><br>   Defendant. | No. 2:17-cv-00614 RSM<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation of Dismissal With Prejudice and Without Costs by the parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs.

DATED this 30 day of April 2018.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1

1

2   Presented by:

3   LEWIS BRISBOIS BISGAARD & SMITH LLP

4
    By: /s/ Heather M. Jensen
5   Heather M. Jensen, WSBA # 29635
    Laura Hawes Young, WSBA # 39346
6   1111 Third Avenue, Suite 2700
    Seattle, WA 98101
7   (206) 436-2020
8   Heather.Jensen@lewisbrisbois.com
    Laura.Young@lewisbrisbois.com
9   Attorneys for Defendant State Farm Mutual Automobile
    Insurance Company
10
11  LEANNE M. LUCAS ATTORNEY AT LAW

12  By: /s/ Leanne M. Lucas, with permission
    Leanne M. Lucas, WSBA # 37414
13  3828 Beach Drive SW, Suite 303
    Seattle, WA  98116-3578
14  (206) 932-3492
15  lmlucaslaw@comcast.net
    Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4814-1786-9411.1